Hydro-Stone Corporation of Illinois, defendant in error, v. B. P. Alschuler et al., plaintiffs in error. Gen. No. 8,083.

Opinion filed May 3, 1930.

Leonard C. Mead and Peffers & Wing, for certain plaintiffs in error. James Herrington Scott and Lustig & Hershenson, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

S. E. Allen, appellee, v. Albert Johnson, appellant. Gen. No. 8,151.

Opinion filed May 13, 1930. Rehearing denied June 24, 1930.

Alexander J. Strom, for appellant. W. C. De Wolf and F. A. Oakley, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Ashley B. Cubberley, appellant, v. Daniel Webster et al., appellees. Gen. No. 8,199.

Opinion filed May 13, 1930. Rehearing denied July 1, 1930.

Frank J. Burns and James T. Burns, for appellant. Irwin C. Taylor, for appellees.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Lillian Mae Hasel, by H. E. Vogelsinger, her next friend, appellant, v. Estate of A. B. Claudon, Jr., deceased, appellee. Gen. No. 8,111.

Opinion filed May 17, 1930.

E. A. Simmons, for appellant. Tuesburg & Armstrong, Adsit, Thompson & Herr and P. A. Gibbons, for appellee.

Mr. Justice Jones delivered the opinion of the court.